IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN ADMIRALTY

**DRY HANDY INVESTMENTS LTD.,**

    **Plaintiff,**

    v.                    Civil Action No. 2:13cv678

**CORVINA SHIPPING CO. S.A.**
**and COMPANIA SUD AMERICANA DE VAPORES S.A,**

    **Defendants.**

## MOTION TO QUASH ORDER OF ATTACHMENT AND GARNISHMENT AND REQUEST FOR EXPEDITED HEARING PURSUANT TO ADMIRALTY RULE E(4)(f) AND ATTORNEYS' FEES AND COSTS

COMES NOW, Limari Shipping, Ltd. ("Limari") and ("Claimant"), by and through undersigned counsel, pursuant to Supplemental Rule E(4)(f) for Admiralty or Maritime Claims, and, for the reasons outlined fully in the accompanying Memorandum in Support, respectfully moves this Honorable Court to:

    1)    Quash the Order of Attachment and Garnishment as outline in Plaintiff's Verified Complaint (Docket No. 1);

    2)    Grant Limari's request for an expedited hearing requiring the plaintiff to show cause why the Order of Attachment and Garnishment should not be quashed;

    3)    Award Limari attorneys' fees and costs for defending the wrongful attachment of the "M/V LIMARI".

Respectfully Submitted,

LIMARI SHIPPING LTD.


By: */s Mark T. Coberly*
Mark T. Coberly, Esq. (VSB No. 18136)
Dustin M. Paul (VSB No. 75287)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Email: mcoberly@vanblk.com

*Counsel for Limari Shipping Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the CMECF system, which will then send notification of such filing (NEF) to the following:

Philip N. Davey
pdavey@daveybroganpc.com
Patrick M. Brogan
pbrogan@daveybroganpc.com
Christopher N. Harrell
charrell@daveybroganpc.com
DAVEY & BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, VA 23510

*Counsel for Plaintiff*

By: */s Mark T. Coberly*
Mark T. Coberly, Esq. (VSB No. 18136)
Dustin M. Paul (VSB No. 75287)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Email: mcoberly@vanblk.com

*Counsel for Limari Shipping Ltd.*

4836-5477-8647, v. 1