IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF VIRGINIA
<u>Norfolk Division</u>

---------------------------------------------------------X
DRY HANDY INVESTMENTS LTD.,  :
                                               Plaintiff, :

  - against -                          :  Civil Action No. 2:13cv678-MSD-DEM

CORVINA SHIPPING CO. S.A.  :
and COMPANIA SUD AMERICANA DE  :
VAPORES S.A.,  :

                           Defendants. :
---------------------------------------------------------X

## **PLAINTIFF'S NOTICE OF FED. R CIV. P. 62(a)**

**PLEASE TAKE NOTICE** of the fourteen (14) day automatic stay provided by Fed. R. Civ. P. 62(a) staying execution and/or enforcement of the Court's Opinion and Order dated December 6, 2013 (Docket No. 27) up to and including December 20, 2013.

Dated: December 6, 2013

                                      DRY HANDY INVESTMENTS LTD.

                                        /s/
                                  _____
                                        Of Counsel

Mr. Philip N. Davey, VSB No. 14061
Mr. Patrick M. Brogan, VSB No. 25568
DAVEY & BROGAN, P.C.
   Attorneys for Plaintiff
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Tel: (757) 622-0100
Fax: (757) 622-4924
Email: pdavey@daveybroganpc.com
       pbrogan@daveybroganpc.com

Mr. Patrick F. Lennon (licensed NY, admitted *pro hac vice* 12/04/13)
Mr. Kevin J. Lennon (licensed NY, admitted pro hac vice 12/04/13)
Lennon, Murphy, Caulfield & Murphy
Tide Mill Landing
2425 Post Road, Suite 302
Southport, CT 06890
Tel:   203-255-5700
Fax:   203-255-5702
E-mail:  plennon@lmcplegal.com
        klennon@lmcpllegal.com

CERTIFICATE OF SERVICE

      I certify that on April 30, 2013, I electronically filed this "Plaintiff's Notice of Fed. R. Civ. P. 62(a)" with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

> mcoberly@vanblk.com
> dpaul@vanblk.com
> Mr. Mark T. Coberly
> Mr. Dustin Paul
> VandeventerBlack LLP
> 500 World Trade Center
> 101 West Main Street
> Norfolk, VA 23510

      /s/
_____
Philip N. Davey


Philip N. Davey, VSB No. 14061
Patrick M. Brogan, VSB No. 25568
Davey & Brogan, P.C.
   Counsel to Plaintiff DHI
101 Granby Street, Suite 300
Norfolk, VA 23510-1636
Tel:   757-622-0100
Fax:   757-622-4924
E-mail:   pdavey@daveybroganpc.com
         pbrogan@daveybroganpc.com